Greene & Roberts
402 West Broadway, Suite 1025
San Diego, CA 92101
(619) 398-3400

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JAVIER VELASQUEZ, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>SAN GORGONIO MEMORIAL HOSPITAL, a California Non-Profit Corporation; SAN GORGONIO MEMORIAL HEALTHCARE DISTRICT, a California public healthcare district; DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No.: 5:19-CV-01407-FMO-SPx<br>District Judge: Hon. Fernando M. Olguin<br>Mag. Judge: Hon. Sheri Pym<br>Action Date: May 13, 2019<br><br>**ORDER GRANTING STIPULATION [7] TO REMAND ACTION** |

## ORDER

Based on the foregoing stipulation and request of the Parties, the matter of *Javier Velasquez v. San Gorgonio Memorial Hospital, et al.*, Case No. 5:19-cv-01407-FMO-SPx, is hereby remanded to Riverside County Superior court with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: August 7, 2019 By: /s/
Hon. Fernando M. Olguin
United States District Judge

Greene & Roberts
402 West Broadway, Suite 1025
San Diego, CA 92101
(619) 398-3400